[Type text]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

YURII NAZARENKO,
  a/k/a "Yuriy Nazarenko,"
  a/k/a "Uriel Septimberus"
  a/k/a "Tor Ford,"
  a/k/a "John Wick,"

        Defendant.

**SEALED ORDER**

24 Cr. 634

        WHEREAS, an application has been made by the United States of America, with the consent of the defendant, for (1) continued sealing of the Indictment and all accompanying documents, (2) sealing of this application and accompanying order; (3) temporary sealing of all docket entries associated with the defendant's presentment, including notifications of docket entries over the ECF system; and (4) temporary delay of any further docket entries in the above-captioned case, including notifications of docket entries over the ECF system, until further order by this Court or the assigned District Judge; and

        WHEREAS, the Court finds that active law enforcement investigations may be compromised if this application is not granted;

        IT IS HEREBY ORDERED that the Indictment and all accompanying documents, all docket entries associated with the defendant's presentment, this Order, and the Government's application for this Order, shall be sealed and, if applicable, retracted and withdrawn from the ECF system; and

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further order by this Court or the assigned District Judge; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the proceedings without further Order of the Court.

SO ORDERED:

Dated: New York, New York
September 15, 2025

_____
THE HONORABLE ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

7