```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Yurii Nazarenko
   a/k/a "Yuriy Nazarenko,"
   a/k/a "Uriel Septimberus"
   a/k/a "Tor Ford,"
   a/k/a "John Wick,"

                Defendant(s).

24-CR-00634 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Arraignment and Initial Pretrial Conference in this matter is scheduled for September 30, 2025, at 10:30 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated:  September 16, 2025
         New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge