

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 22, 2025

**BY ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED. The status conference is hereby adjourned to **Friday, January 16, 2026, at 11:30 a.m.** Speedy Trial time is excluded until January 16, 2026, to allow for continued discovery review and discussions about a potential disposition of this matter. The Clerk of Court is respectfully directed to terminate Dkt. No. 17. SO ORDERED.

Dated: December 1, 2025

Re:    *United States v. Nazarenko*, **24 Cr. 634 (MGG)**

Dear Judge Garnett:

    The Government writes to request a 45-day adjournment of the status conference scheduled for December 2, 2025 so that the defendant can continue to review discovery and so the parties can discuss a potential pretrial resolution. The defendant joins in the request for a 45-day adjournment. This is the first request for an adjournment, and the initial conference in the case was on September 30, 2025.

    The Government also respectfully requests, with the consent of the defendant, that the time between December 2, 2025 until the new conference date be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, to permit the defendant to continue to review the discovery produced in the case and for the parties to discuss a potential pretrial resolution.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Kevin Mead
    Kevin Mead / Angela Zhu
    Assistant United States Attorneys
    (212) 637-2211/1027