UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/24/2026___

United States of America,

                    Plaintiff(s),

           -against-

Yurii Nazarenko
    a/k/a "Yuriy Nazarenko,"
    a/k/a "Uriel Septimberus"
    a/k/a "Tor Ford,"
    a/k/a "John Wick,"

                    Defendant(s).

24-CR-00634 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Change of Plea Hearing in this matter is scheduled for Thursday, February 26, 2026, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: February 24, 2026
       New York, New York

                               SO ORDERED.

                               MARGARET M. GARNETT
                               United States District Judge