USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/26/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                                Plaintiff(s),

                    -against-

Yurii Nazarenko
    a/k/a "Yuriy Nazarenko,"
    a/k/a "Uriel Septimberus"
    a/k/a "Tor Ford,"
    a/k/a "John Wick,"

                                Defendant(s).

24-CR-00634 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This Court imposed a sentence of "Time Served" on Defendant, Yurii Nazarenko,

(U.S.M. #00467-506). It is hereby ORDERED that Defendant should be released from the

custody of the United States Marshals Service subject to any warrants and detainers, in light of

the Judicial Order of Removal entered on June 26, 2026.

SO ORDERED.
Dated:  June 26, 2026
          New York, New York

                                SO ORDERED.

                                MARGARET M. GARNETT
                                United States District Judge