**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:24-cr-00634-01 (MMG) |
| | : | |
| v. | : | **DEFENDANT'S NOTICE AND MOTION** |
| | : | **TO WITHDRAW MOTION TO** |
| YURII NAZARENKO | : | **CLARIFY AND AMEND THE JUDICIAL** |
| | : | **ORDER OF REMOVAL AND** |
| Defendant. | : | **ADDENDUM** |

Defendant Yurii Nazarenko, by and through undersigned counsel, respectfully submits this notice and motion withdrawing his motion to clarify and amend the Judicial Order of Removal and the addendum to that motion. The motion to amend the Judicial Order of Removal was filed at Docket No. 35, and the addendum requesting that Romania also be included as a permissible country/place of removal was filed at Docket No. 36.

After further consultation with counsel, Mr. Nazarenko has decided to proceed with removal pursuant to the Judicial Order of Removal as originally entered by the Court on June 26, 2026. Mr. Nazarenko has decided to go to Ukraine and no longer seeks an amendment or clarification adding Moldova, Romania, or any other country/place of removal to the existing order.

Accordingly, Mr. Nazarenko respectfully withdraws Docket Nos. 35 and 36. The defense further respectfully requests that the Court deem those applications withdrawn and take no further action on them, or terminate them as moot to the extent they remain pending on the docket.

This withdrawal is narrow. It does not seek to reopen sentencing, disturb the sentence of time served, challenge the Court's removability findings, withdraw Mr. Nazarenko's consent to removal, or delay removal. To the contrary, this filing is intended to avoid unnecessary motion

practice and to permit ICE/DHS to proceed with the execution of the existing Judicial Order of

Removal.

## **CONCLUSION**

For the foregoing reasons, Mr. Nazarenko respectfully withdraws his motion to clarify

and amend the Judicial Order of Removal and the addendum to that motion, and respectfully

requests that the Court deem Docket Nos. 35 and 36 withdrawn and/or moot.

Dated: July 6, 2026
Brooklyn, New York

Respectfully submitted,

*Litvak*

_____
Igor B. Litvak, Esq.
Attorney for Defendant Yurii Nazarenko
1733 Sheepshead Bay Road, Suite 22
Brooklyn, New York 11235
Tel: 718-989-2908
Email: Igor@LitvakLawNY.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 6, 2026, I caused the foregoing document to be filed through

the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.


<u>/s/ Igor B. Litvak</u>_____
Igor B. Litvak, Esq.